BENJAMIN SOUTHEE, Respondent, v. BINGHAMTON RAIL-
WAY COMPANY, Appellant.

*Southee* v. *Binghamton Ry. Co.*, 168 App. Div. 605, affirmed.
(Argued December 21, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered June 17, 1915, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant. It was
alleged that plaintiff, while driving in a light wagon
along Chenango street in the city of Binghamton, was
thrown therefrom as a result of a collision with one of
defendant's cars which ran into and struck the rear
of said wagon, and thereby received the injuries com-
plained of.

*Thomas J. Keenan* for appellant.
*Thomas B. Kattell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND,
CRANE and ANDREWS, JJ.